# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-CR-20040-STA |
| ) | |
| ROBERT SANDERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING CHANGE OF PLEA DATE
## AND NOTICE OF RESETTING

The Change of Plea date in this matter is currently set for October 19, 2018 before Chief Judge S. Thomas Anderson. The Change of Plea date in the above styled matter is hereby reset to **Tuesday, October 23, 2018, at 1:00 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Time will remain excluded through December 3, 2018 under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing additional time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

Enter this the 16th day of October, 2018.

s/ S. Thomas Anderson
Chief United States District Judge