IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-20040-STA |
| ROBERT SANDERS, ) | |
| Defendant. ) | |

---

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

---

This cause came to be heard on October 23, 2018, Assistant United States Attorney, Dean DeCandia, appearing for the Government and the defendant, Robert Sanders, appearing in person, and with counsel, Charles Kelly, Sr..

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 18, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 23rd day of October, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT